Case 2:20-mj-00102-CKD   Document 15   Filed 07/17/20   Page 1 of 1

FILED
July 16, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS GREGORY EDWARDS,

    Defendant.

Case No.  2:20-MJ-00102-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>DOUGLAS GREGORY EDWARDS</u> ,

Case No. <u> 2:20-MJ-00102-CKD </u> Charge <u> 18USC § 1855 & 1856 </u>, from custody for the following reasons:

|  |  |
|---|---|
|  | Release on Personal Recognizance |
|  | Bail Posted in the Sum of $ |
| xx | Unsecured Appearance Bond $    25,000.00 |
|  | Appearance Bond with 10% Deposit |
|  | Appearance Bond with Surety |
|  | Corporate Surety Bail Bond |
| X | (Other): <u>Pretrial conditions as stated on the record.</u> |

**The defendant shall be released on July 17, 2020 at 8:30 a.m. to Pretrial Services Officer.**

Issued at Sacramento, California on July 16, 2020 at 2:00 pm

By: *Allison Claire*

Magistrate Judge Allison Claire